FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 NOV 29 PM 12:27
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| BOB AARON MIKELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV416-137 |
| | ) | |
| SAMUEL S. OLENS, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

This Court gave Bob Aaron Mikell until December 1, 2016 to comply with this Court's Order to refile his petition for habeas corpus using the form provided by the Court. Doc. 4 at 2. It warned him that his failure to comply will result in a recommendation of dismissal. *Id.* But that Order has been returned as "undeliverable." Doc. 5. Per Local Rule 11.1, it was plaintiff's continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even communicate with him.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to

prosecute this action. L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 28th day of November, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA